In The United States District Court
For The Middle District Of Georgia

Ivan Tony,
        Plaintiff,

vs.                                     Civil Action Action No.

                                        5:09-CV-096

David Kelly, State Probation
Officer, Defendant.


Civil Rights Complaints
For Deprivation Of Rights
Pursuant To 42 U.S.C.§ 1983

Comes Now, elvan Tony, pro se, hereby files
this his Civil Rights Complaint for Deprivation of
Rights pursuant to 42 U.S.C.§ 1983.

Facts And Background

Plaintiff was arrested on September 23, 2008,
while on Probation for the Offense of Theft by Taking
Bail on the charge of theft by taking was set in the
amount of $5,000.00 surety.



Plaintiff has not been able to be released because defendant has placed, what he called, a hold. Heretofore, no hearing has been held to established Plaintiff violated his terms or conditions of probation by a preponderance of the evidence.

In *Morrissey v. Brewer*, 408 U.S. 471 (1972); *Gagon v. Scarpelli*, 411 U.S. 778 (1973) the United States Supreme Court held that: "First, there must be a prompt inquiry or preliminary hearing conducted at or near the place of the alleged parole or probation violation while information is fresh and sources are available."

Wherefore, Plaintiff is asking this Honorable to grant him $300,000.00 judgment against the defendant for the deprivation of rights.

Respectfully,

Ivan Ivey

Done this 15 day of Feb, 2009.